B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | AMENDED<br>Voluntary Petition<br>Case #: 14-51129-cag |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Flores, Alejandro Tomez** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Flores, Marisol Saldana** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Alex Flores** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7061     74-2364480** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-3312** |
| Street Address of Debtor (No. and Street, City, and State):<br>**938 Riverstone**<br>**San Antonio, TX**<br>ZIP CODE **78258** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**938 Riverstone**<br>**San Antonio, TX**<br>ZIP CODE **78258** |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business:<br>**Bexar** |
| Mailing Address of Debtor (if different from street address):<br>**938 Riverstone**<br>**San Antonio, TX**<br>ZIP CODE **78258** | Mailing Address of Joint Debtor (if different from street address):<br>**938 Riverstone**<br>**San Antonio, TX**<br>ZIP CODE **78258** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.14.1, ID 3518962334)*

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Alejandro Tomez Flores**<br>**Marisol Saldana Flores** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**Western District of Texas, San Antonio Division** | Case Number:<br>**09-54040-rbk** | Date Filed:<br>**10/13/2009** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Jeffrey R. Davis     8/5/2014<br>    **Jeffrey R. Davis**     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.14.1, ID 3518962334)*

B1 (Official Form 1) (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Alejandro Tomez Flores**
**Marisol Saldana Flores**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Alejandro Tomez Flores
**Alejandro Tomez Flores**

**X** /s/ Marisol Saldana Flores
**Marisol Saldana Flores**

Telephone Number (If not represented by attorney)

8/5/2014
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

**X** /s/ Jeffrey R. Davis
**Jeffrey R. Davis** Bar No. **05508350**

Davis Law Firm
5710 IH 10 West
San Antonio, Texas 78201

Phone No. **(210) 734-3599** Fax No. **(210) 348-6318**

8/5/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.14.1, ID 3518962334)*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: ALEJANDRO TOMEZ FLORES          CASE NO. 14-51129-cag
        MARISOL SALDANA FLORES

Debtor(s)                                 Chapter 13

**CERTIFICATE OF SERVICE OF DEBTORS' AMENDED VOLUNTARY PETITION**

On __8/5/14__ a copy of this document was mailed via first class mail and/or electronically noticed to all those on the attached matrix and to

United States Trustee
615 E. Houston St.
San Antonio, Texas 78205

Debbie Langehennig, Chapte 13 Trustee
3801 S. Capital of Texas Hwy., Ste. 320
Austin, TX 78704

Alejandro Tomez Flores
938 Riverstone
San Antonio, Texas 78258

Marisol Saldana Flores
938 Riverstone
San Antonio, Texas 78258

Respectfully submitted,

DAVIS LAW FIRM
5710 IH 10 West
San Antonio, Texas 78201
(210) 444-4444
(210) 870-1539 FAX

By: _____
Jeffrey R. Davis
State Bar No. 05508350
josephs@jeffdavislawfirm.com
Joseph W. Shulter
State Bar No. 18322800
josephs@jeffdavislawfirm.com
Joshua S. Childress
State Bar No. 24071078
joshuac@jeffdavislawfirm.com

```
Label Matrix for local noticing        U.S. BANKRUPTCY COURT                  Acceptance Now
0542-5                                 615 E. HOUSTON STREET, ROOM 597        5501 Headquarters Dr
Case 14-51129-cag                      SAN ANTONIO, TX 78205-2055             Plano, TX 75024-5837
Western District of Texas
San Antonio
Tue Aug  5 08:50:53 CDT 2014

Alejandro Tomez Flores                 American Express                       American Express
938 Riverstone                         PO Box 3001                            c/o Becket and Lee
San Antonio, Texas 78258-2333          16 General Warren Blvd                 PO Box 3001
                                       Malvern, PA 19355-1245                 Malvern, PA 19355-0701


American InfoSource LP as agent for    American Infosource LP                 Asset Acceptance
T Mobile/T-Mobile USA Inc              P. O. Box 248848                       Attn: Bankrupcy Dept
PO Box 248848                          Oklahoma City, OK 73124-8848           PO Box 2036
Oklahoma City, OK  73124-8848                                                 Warren, MI 48090-2036


Asset Acceptance                       Asset Acceptance                       Atlas Acquisitions LLC
Attn: Bankruptcy Dept                  PO Box 2036                            294 Union St.
PO Box 2036                            Warren, MI 48090-2036                  Hackensack, NJ 07601-4303
Warren, Ml  48090-2036


Bank Of America                        Bank of America                        Bank of America
Po Box 17054                           P.O. Box 650070                        P.O. Box 650070
Wilmington, DE 19850-7054              Dallas, Texas 75265-0070               Dallas, Tx 75265-0070


Bank of America                        Bank of America, NA                    Bexar Co. Assessor/Collector
c/o Reedy M. Spigner                   Attn: Bankruptcy Department            Albert Uresti, MPA
555 Republic Dr., Ste. 101             400 National Way                       P.O. Box 839950
Plano, TX 75074-8804                   Mail Stop CA6-919-01-23                San Antonio, TX 78283-3950
                                       Simi Valley, CA 93065-6414


Bexar County                           Bexar County District Attorney         CR Evergreen LLC
c/o Don Stecker                        Check Section                          MS 550
711 Navarro, Suite 300                 300 Dolorosa 5th FL                    P.O. Box 91121
San Antonio, TX 78205-1749             San Antonio, TX 78205-3137             Seattle, WA 98111-9221


Cach Llc                               Chase                                  Chase Auto
Attention: Bankruptcy Department       Po Box 15298                           Attn: National Bankruptcy Dept
4340 South Monaco St.  2nd Floor       Wilmington, DE 19850-5298              P O Box 29505
Denver, CO 80237-3485                                                         Phoenix, AZ 85038-9505


Conns                                  Conns Credit Corp                      Datasearch
Attention: Heather McAdams             Box 2358                               PO Box 461289
PO Box 2358                            Beaumont, TX 77704-2358                San Antonio, TX 78246-1289
Beaumont, TX 77704-2358


Davis Law Firm                         Discover Fin Svcs Llc                  Discover Fin Svcs Llc
909 N.E. Loop 410 Suite 100            DFS Services LLC                       Po Box 15316
San Antonio, Texas 78209-1315          P. O. Box 3025                         Wilmington, DE 19850-5316
                                       New Albany, OH 43054-3025
```

| | | |
|---|---|---|
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>Carol Stream, IL 60197-5253 | Hsbc/hlzbg<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Hsbc/rmstr<br>c/o Bass & Associates P.C.<br>3936 E. Ft. Lowell, Ste. 200<br>Tucson, AZ 85712-1083 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Capital System<br>P O Box 7999<br>St. Cloud, MN 56302-7999 |
| Judgment Pursuit<br>3409 Brentwood Dr<br>Odessa, TX 79762-6906 | Key Equipment Finance<br>11030 Circle Point Dr., Suite 200<br>Westminster, CO 80020-2775 | Key Equipment Finance Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027-9437 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | LVNV Funding LLC<br>P. O. Box 10587<br>Greenville, SC 29603-0587 | Laser FX Medspa, Inc,<br>c/o Green & Associates<br>PO Box 531091<br>Grand Prairie, TX 75053-1091 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Marisol Saldana Flores<br>938 Riverstone<br>San Antonio, Texas 78258-2333 | McCarthy, Holthus & Ackerman LLP<br>1255 West 15th Street, Ste. 1060<br>Plano, TX 75075-4220 |
| Med Data Sys<br>2001 19th Ave Suite 312<br>Vero Beach, FL 32960-3449 | Merchants&professional<br>11921 N Mo Pac Expy Ste<br>Austin, TX 78759 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Midland Credit Mgmt<br>8875 Aero Dr   Ste 200<br>San Diego, CA 92123-2255 | North Star Captial Acquisitions LLC<br>c/o Jefferson Capital Systems<br>P. O. Box 7999<br>Saint Cloud, MN 56302-7999 | PRA Receivables Management LLC<br>P. O. Box 12914<br>Norfolk, VA 23541-0914 |
| Quantum3 Group LLC as agent for<br>Collins Asset Group LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Recovery One<br>5100 Parkcenter Av<br>Dublin, OH 43017-7563 |
| Regent & Associates, P.C.<br>2650 Fountainview, Suite 233<br>Houston, TX 77057-7669 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 | Safelite Autoglass<br>Recovery One, LLC<br>5100 Parkcenter Avenue<br>Dublin,OH 43017-7562 |

Sams Club
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Security Service Fcu
16211 La Cantera Pkwy
San Antonio, TX 78256-2419


Security Service Federal Credit Union
16211 La Cantera Parkway
San Antonio, TX 78256-2419

Security Service Federal Credit Union
c/o William P. Weaver Jr.
512 Heimer Rd.
San Antonio, TX 78232-5108

Security Service-ins
PO Box 691510
San Antonio, TX 78269-1510


Sm Servicing
Attn: Claims Dept
PO Box 9400
Wilkes Barre, PA 18773-9400

Southwestern Bell Telephone Company
%AT&T Services, Inc
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

United States Attorney
Taxpayer Division
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512


United States Attorney
Vet.Admin./Fed. Housing Admin.
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Attorney General
Main Justice Bldg., Rm 5111
10th & Constitution Ave.,N.W.
Washington, D.C 20530-0001

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539


VA Regional Office
Office of District Counsel
2515 Murworth Dr.
Houston, TX 77054-1603

Victoria's Secret
PO Box 182273
Columbus, OH 43218-2273

West Asset
2703 North Highway 75
Sherman, TX 75090-2567


Wfnnb/dress Barn
PO Box 182273
Columbus, OH 43218-2273

Wfnnb/friedmans
220 W. Schrock Roa
Westerville, OH 43081-2873

Wfnnb/tsa
PO Box 182273
Columbus, OH 43218-2273


Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228-2246

Alejandro Tomez Flores
938 Riverstone
San Antonio, TX 78258-2333

Deborah B. Langehennig
Barton Creek Plaza II, Suite 320
3801 Capital of Texas Highway South
Austin, TX 78704-6640


Jeffrey Rollins Davis
Davis Law Firm
5710 IH 10 West
San Antonio, TX 78201-2813

Marisol Saldana Flores
938 Riverstone
San Antonio, TX 78258-2333


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Hsbc/rmstr
Po Box 15524
Wilmington, DE 19850

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Chase auto
Attn: National Bankruptcy Dept
PO Box 29505
Phoenix, AZ 85038-9505

End of Label Matrix
Mailable recipients   82
Bypassed recipients    1
Total                 83